FILED

2022 DEC 21  PM 4:16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22 Cr 438 SDM -CPT

18 U.S.C. § 876(c)

AARON THOMPSON

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date but no later than on or about March 26, 2022, in the Middle District of Florida and elsewhere, the defendant,

AARON THOMPSON,

did knowingly deposit in a post office and authorized depository for mail matter, and caused to be delivered by the Postal Service, a communication with or without a name subscribed thereto, addressed to another person, and containing a threat to injure the person of the addressee or of another, that is, a communication addressed to S.L. that threatened to injure S.L. and their family.

In violation of 18 U.S.C. § 876(c).

## COUNT TWO

From an unknown date but no later than on or about March 26, 2022, in the Middle District of Florida and elsewhere, the defendant,

AARON THOMPSON,

did knowingly deposit in a post office and authorized depository for mail matter, and caused to be delivered by the Postal Service, a communication with or without a name subscribed thereto, addressed to another person, and containing a threat to injure the person of the addressee or of another, that is, a communication addressed to M.L. that threatened to injure M.L. and their family.

In violation of 18 U.S.C. § 876(c).

## COUNT THREE

From an unknown date but no later than on or about May 11, 2022, in the Middle District of Florida and elsewhere, the defendant,

AARON THOMPSON,

did knowingly deposit in a post office and authorized depository for mail matter, and caused to be delivered by the Postal Service, a communication with or without a name subscribed thereto, addressed to another person, and containing a threat to injure the person of the addressee or of another, that is, a communication addressed to S.L. and M.L. that threatened to injure S.L.

2

and M.L. and their family.

In violation of 18 U.S.C. § 876(c).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Erin Claire Favorit
Assistant United States Attorney

By: _____
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

3

FORM OBD-34

December 22

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

AARON THOMPSON

### INDICTMENT

Violations: 18 U.S.C. § 876(c)

A true bill.

_____
                Foreperson

Filed in open court this 21st day

of December 2022.

_____
                Clerk

Bail $_____

GPO 863 525